**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George Kessel International Inc., BBK Tobacco & Foods, Inc.,<br><br>    Plaintiffs/Counterdefendants,<br><br>v.<br><br>Classic Wholesales, Inc., American Weigh Scales, Inc.,<br><br>    Defendants/Counterclaimants. | No. CV-07-323-PHX-SMM<br><br>**ORDER** |

Having received Defendants/Counterclaimants Classic Wholesales, Inc. and American Weigh Scales, Inc.'s Motion to Allow Telephonic Appearance at Rule 16 Preliminary Pretrial Conference (Dkts. 47, 48), and good cause appearing,

**IT IS HEREBY ORDERED** granting Defendants/Counterclaimants' motions and permitting representatives from Classic Wholesales, Inc. and American Weigh Scales, Inc. to appear telephonically at the Preliminary Pretrial Conference scheduled for **Monday, March 24, 2008 at 10:00 a.m.** (Dkts. 47, 48). Counsel to Defendants/Counterclaimants shall be personally present for the conference.

//
//
//
//

1
2
3
4   **IT IS FURTHER ORDERED** that Defendants/Counterclaimants shall initiate a conference call to include both parties on a single, clear telephone line before calling Judge McNamee's chambers (602-322-7555) no later than **9:55 a.m. (local time)**.

DATED this 21st day of March, 2008.

5
6
7   _____
Stephen M. McNamee
United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28