**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George Kessel International Inc., BBK Tobacco & Foods, Inc., | No. CV-07-323-PHX-SMM |
| Plaintiffs/Counterdefendants, | **ORDER** |
| v. | |
| Classic Wholesales, Inc., American Weigh Scales, Inc., | |
| Defendants/Counterclaimants. | |

Before the Court are Defendants/Counterclaimants Classic Wholesales, Inc. and American Weigh Scales, Inc.'s motions to waive appearance or continue the Preliminary Pretrial Conference (Dkts. 57, 58). These motions request that the Court continue the Pretrial Conference, having already granted one continuance at Defendants/Counterclaimants' request. (See Dkt. 53.) Good cause appearing, the Court will again continue the Preliminary Pretrial Conference. The Court requests that in the future parties requesting a continuance of dates inform the Court of any calendar conflicts, in order to avoid successive continuances of this nature.

Accordingly,

**IT IS HEREBY ORDERED** granting Defendants/Counterclaimants' motion to continue the Preliminary Pretrial Conference set for April 29, 2008 (Dkts. 57, 58).

**IT IS FURTHER ORDERED** resetting the Preliminary Pretrial Conference for **Monday, May 7, 2008 at 4:00 p.m.**

**IT IS FURTHER ORDERED** denying Defendants/Counterclaimants' request to waive the appearance of party representatives at the Preliminary Pretrial Conference.

DATED this 18th day of April, 2008.

Stephen M. McNamee
United States District Judge