**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George Kessel International Inc., BBK Tobacco & Foods, Inc., | No. CV-07-323-PHX-SMM |
| Plaintiffs/Counterdefendants, | **ORDER** |
| v. | |
| Classic Wholesales, Inc., American Weigh Scales, Inc., | |
| Defendants/Counterclaimants. | |

Having received Plaintiffs/Counterdefendants' motion to continue the Preliminary Pretrial Conference (Dkt. 60), and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiffs/Counterdefendants' motion to continue the Preliminary Pretrial Conference set for May 7, 2008 (Dkt. 60).

**IT IS FURTHER ORDERED** resetting the Preliminary Pretrial Conference for **Monday, May 12, 2008 at 3:00 p.m.**

DATED this 1st day of May, 2008.

Stephen M. McNamee
United States District Judge