**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George Kessel International Inc., BBK Tobacco & Foods, Inc., | ) ) ) ) ) ) ) ) ) ) ) ) ) |
|    Plaintiffs/Counterdefendants, | |
| v. | |
| Classic Wholesales, Inc., American Weigh Scales, Inc., | |
|    Defendants/Counterclaimants. | |

No. CV-07-323-PHX-SMM

**ORDER**

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Dkt. 68),

**IT IS HEREBY ORDERED** that the above cause of action be dismissed with prejudice as to all parties, each party to bear their own costs and attorney's fees.

DATED this 25th day of August, 2008.

Stephen M. McNamee
United States District Judge